IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK N. ANDERSON,** : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 04-0058-CG-M |
| **CITY OF PRICHARD** : | |
| **(THE BLACK COMMUNITY)** | |
| : | |
| Defendant. | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby

**DISMISSED** without prejudice for lack of subject matter jurisdiction.

**DONE and ORDERED** this 12th day of July, 2005.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE